JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| KATHERINE SAAVEDRA,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. et. al.<br>Defendants. | Case No.: 2:23-cv-01441-JLS-MAA<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE (Doc. 44)** |

Pursuant to the stipulation of the Parties, Defendant Equifax Information Services, LLC is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:  October 13, 2023                    _____
                                                                    Hon. Josephine L. Staton
                                                                    United States District Judge